Laura L. Krank
Attorney at Law: 220208
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: Laura_R.K.office@speakeasy.net

Attorneys for Plaintiff
MS. MARIAELENA GARZA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| MARIAELENA GARZA,<br><br>　　　　Plaintiff,<br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security.<br><br>　　　　Defendant. | Case No.: 1:08cv01785 BAK<br><br>ORDER EXTENDING BRIEFING SCHEDULE |

　　Based upon the stipulation of the parties, and for cause shown,

　　IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include August 8, 2009, in which to file her Opening Brief in this matter and that all other deadlines shall be extended accordingly.

DATE July 31, 2009

　　　　　　　　　　　　　　　　/s/ Dennis L. Beck _____
　　　　　　　　　　　　　　　　THE HONORABLE DENNIS L. BECK
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE